UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER TRUCK RENTAL, INC., a New York corporation, | CASE NO. 2:23-cv-00340-MJP <br><br> ORDER GRANTING PARTIES MOTION TO EXTEND TIME TO ANSWER |

This matter is before the Court on the parties' Stipulated Motion for Extension of Time for Defendant to file an Answer. (Dkt. No. 7.) Having reviewed the Motion, the docket, and all relevant materials, the Court GRANTS the Motion. Defendant shall file an answer, present defenses or otherwise respond to Plaintiff's Complaint no later than April 26, 2023.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 14, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING PARTIES MOTION TO EXTEND TIME TO ANSWER - 1